■ Davɪᴅ M. Ahlers et al., Appellants, v Ecovation, Inc., et al., Respondents. [982 NYS2d 428]—Appeal from an order of the Supreme Court, Ontario County (Matthew A. Rosenbaum, J.), entered May 23, 2013. The order, among other things, granted defendants' cross motions for partial summary judgment and dismissed plaintiffs' fifth cause of action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.